UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JESSICA SMITH                                                                                    Plaintiff

v.                                                                          Civil Action No. 4:21-cv-128-RGJ

RELIANCE STANDARD INSURANCE                                                   Defendant
COMPANY

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiff Jessica Smith consistent with the Court's Memorandum Opinion and Order entered this same date.

(2) This action is **REMANDED** to Defendant Reliance Standard Insurance Company to (i) determine the exact amount of long-term disability benefits owed to Jessica Smith, consistent with this opinion, and (ii) determine whether Jessica Smith is qualified for life waiver of premium benefits.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

February 15, 2024

Rebecca Grady Jennings, District Judge
United States District Court

cc: counsel of record